**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------x
                                          :
JIMMY HOGANS,                             :
                                          :
                    Petitioner,           :
                                          :  10 Civ. 7572(BSJ)(DCF)
           v.                             :
                                          :       **Order**
THE PEOPLE OF THE STATE OF NEW YORK,      :
                                          :
                    Respondent.           :
                                          :
------------------------------------------x



**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

     On July 29, 2011, the Honorable Debra C. Freeman, U.S.

Magistrate Judge, issued a Report and Recommendation ("Report"),

recommending that the above-captioned case be dismissed without

prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure, for failure to prosecute.  (Dkt. 10.)  Petitioner

failed to object to Judge Freeman's Report within fourteen days,

as ordered.  For that reason alone, Petitioner has waived any

right to review by this Court.  See, e.g., Frank v. Johnson, 968

F.2d 298, 300 (2d Cir. 1992).  Accordingly, the Court adopts the

Report in full, dismissing the complaint without prejudice

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Clerk of the Court is directed to close this case.

**SO ORDERED:**

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE


Dated:     New York, New York
           August 16, 2011